REYNOLDS *v.* HALL.

GILBERT, J. This case is controlled adversely to the plaintiff in error by the decision in the case of *Reynolds* v. *Wingate*, ante, 317, dealing with the same timber contract.

*Judgment affirmed. All the Justices concur.*